**DISMISS; and Opinion Filed January 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01119-CV

### BRIGETTA D'OLIVIO, Appellant
### V.
### GREG FOX AND LAURA FOX, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Lang-Miers

The clerk's record in this case is past due. By letter dated December 6, 2017, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed and appellant has not provided the required documentation regarding the clerk's record nor otherwise corresponded with the Court.

We dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


171119F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRIGETTA D'OLIVIO, Appellant

No. 05-17-01119-CV     V.

GREG FOX AND LAURA FOX,
Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-05606.
Opinion delivered by Justice Lang-Miers.
Justices Myers and Boatright participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees GREG FOX AND LAURA FOX recover their costs of this appeal from appellant BRIGETTA D'OLIVIO.

Judgment entered this 29th day of January, 2018.